39 A.3d 198

SURESH BADRINAUTH, PLAINTIFF–PETITIONER, v.
METROPOLITAN LIFE INSURANCE COMPANY,
DEFENDANT–RESPONDENT.

March 6, 2012.

Denied.